The Honorable Thomas S. Zilly

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   ELTON MASON, an individual, dba
    WASHINGTON STATE TRUCKING, a sole
9   proprietorship

10                  Plaintiff,

11          v.

12  WASHINGTON STATE, a state governmental
    entity, WASHINGTON STATE
13  DEPARTMENT of TRANSPORTATION, a
    political subdivision governmental entity;
14  LYNN PETERSON, in her official and
    individual capacities, LINEA LAIRD, in her
15  official and individual capacities, OFFICE OF
    MINORITY WOMEN BUSINESS
16  ENTERPRISES, a subdivision governmental
    entity, SEATTLE TUNNEL PARTNERS, a
17  Joint Venture Dragados, U.S.A., Tutor Perini
    Corporation, CHRIS DIXON, in his official and
18  individual capacities, RUSSELL
    STREADBECK in his official and individual
19  capacities.

20                  Defendants.

NO. 2:17-cv-00186-TSZ

ORDER EXTENDING DEFENDANTS
SEATTLE TUNNEL PARTNERS,
DRAGADOS USA, INC., TUTOR PERINI
CORPORATION, CHRIS DIXON, AND
RUSSELL STREADBECK'S DEADLINE
TO FILE RESPONSIVE PLEADING

21
22          This matter having come before the Court on Defendants Seattle Tunnel Partners, a
23  Joint Venture, Dragados USA, Inc., Tutor Perini Corporation, Chris Dixon, and Russell
24
25

ORDER EXTENDING DEFENDANTS SEATTLE TUNNEL
PARTNERS, DRAGADOS USA, INC., TUTOR PERINI
CORPORATION, CHRIS DIXON, AND RUSSELL STREADBECK'S
DEADLINE TO FILE RESPONSIVE PLEADING - 1
(2:17-cv-00186-TSZ )

5999089.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1  Streadbeck's (collectively "Defendants") Unopposed Motion to Extend Deadline to File

2  Responsive Pleading, and the Court having reviewed the Unopposed Motion,

3      IT IS HEREBY ORDERED that the Unopposed Motion to Extend Deadline to File a

4  Responsive Pleading, docket no. 11, is GRANTED.  The deadline for Defendants to file a

5  responsive pleading to Plaintiff Elton Mason d/b/a Washington State Trucking's Complaint for

6  Damages and/or Injunctive Relief is CONTINUED to March 20, 2017.

7      DATED this 1st day of March, 2017.

8

9

10                          Thomas S. Zilly
                            United States District Judge
11

12

13 Presented by:

14 s/ Todd W. Blischke
   Todd W. Blischke, WSBA #42474
15 Sheryl J. Willert, WSBA #8617
   Meredith E. Dishaw, WSBA #43206
16 Attorneys for Defendants Seattle Tunnel
   Partners, Dragados USA, Inc., Tutor Perini
17 Corporation, Chris Dixon, and Russell
   Streadbeck
18 WILLIAMS, KASTNER & GIBBS PLLC
   601 Union Street, Suite 4100
19 Seattle, WA 98101-2380
   Telephone:  (206) 628-6600
20 Fax:  (206) 628-6611
   tblischke@williamskastner.com
21 swillert@williamskastner.com
   mdishaw@williamskastner.com

22

23

24

25

ORDER EXTENDING DEFENDANTS SEATTLE TUNNEL
PARTNERS, DRAGADOS USA, INC., TUTOR PERINI
CORPORATION, CHRIS DIXON, AND RUSSELL STREADBECK'S
DEADLINE TO FILE RESPONSIVE PLEADING - 2
(2:17-cv-00186-TSZ )

5999089.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600