**The Honorable Thomas S. Zilly**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELTON MASON, an individual, dba WASHINGTON STATE TRUCKING, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE, a state governmental entity, WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, a political subdivision governmental entity; LYNN PETERSON, in her official and individual capacities, LINEA LAIRD, in her official and individual capacities, OFFICE OF MINORITY WOMEN BUSINESS ENTERPRISES, a subdivision governmental entity, SEATTLE TUNNER PARTNERS, a Joint Venture Dragados, U.S.A., Tutor Perini Corporation, CHRIS DIXON, in his official and individual capacities, RUSSELL STREADBECK in his official and individual capacities,<br><br>Defendants. | NO. 2:17-cv-00186-TSZ<br><br>ORDER EXTENDING DEADLINE FOR STATE DEFENDANTS TO A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT |

ORDER EXTENDING DEADLINE FOR STATE DEFENDANTS TO A RESPONSIVE PLEASDING TO PLAINTIFF'S COMPLAINT
NO. 2:17-CV-00186-TSZ

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1   This matter having come before the Court on Defendants Washington State, Washington State Department of Transportation, Lynn Peterson, Linea Laird, and Office of Minority Women Business Enterprises (State Defendants), Unopposed Motion to Extend Deadline for State Defendants to File a Responsive Pleading to Plaintiff's Complaint, docket no. 15, and the Court having reviewed the Unopposed Motion,

IT IS HEREBY ORDERED that the Unopposed Motion to Extend the Deadline for State Defendants to File a Responsive Pleading to Plaintiff's Complaint is GRANTED. The deadline for State Defendants to file their responsive pleading to Plaintiff's Complaint is CONTINUED to March 20, 2017. This extension shall not affect the other court ordered deadlines.

DATED this 3rd day of March, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/Celeste T. Stokes
CELESTE T. STOKES
WSBA No. 12180, OID # 91019
Assistant Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 464-7352
Fax: (206) 587-4229
Email: CelesteS@atg.wa.gov
Attorney for Defendant State of Washington

ORDER EXTENDING DEADLINE FOR STATE DEFENDANTS TO A RESPONSIVE PLEASDING TO PLAINTIFF'S COMPLAINT
NO. 2:17-CV-00186-TSZ

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352