THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELTON MASON, an individual, dba WASHINGTON STATE TRUCKING, a sole proprietorship,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>WASHINGTON STATE, a state governmental entity, WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, a political subdivision governmental entity; LYNN PETERSON, in her official and individual capacities, LINEA LAIRD, in her official and individual capacities, OFFICE OF MINORITY WOMEN BUSINESS ENTERPRISES, a subdivision governmental entity, SEATTLE TUNNEL PARTNERS, a Joint Venture Dragados, USA, Tutor Perini Corporation, CHRIS DIXON, in his official and individual capacities, RUSSELL STREADBECK in his official and individual capacities.<br><br>                  Defendants. | NO.  2:17-cv-00186-TSZ<br><br>STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SEATTLE TUNNEL PARTNERS, CHRIS DIXON, AND RUSSELL STREADBECK |

STIPULATION AND ORDER FOR
SUBSTITUTION AND WITHDRAWAL OF
COUNSEL (NO. 2:17-cv-00186-TSZ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TE, (206) 407-2200   FAX (206) 407-2224

1

## **STIPULATION**

2      Pursuant to Local Civil Rule 83.2(b)(1), the parties hereby stipulate and agree that

3   Patricia A. Eakes, Nathan Bays, and the law firm of Calfo Eakes & Ostrovsky, PLLC, shall be

4   substituted as counsel for Defendants Seattle Tunnel Partners, a joint venture of Dragados USA

5   and Tutor Perini Corporation; Chris Dixon; and Russell Streadbeck.

6      Further, attorneys Sheryl D.J. Willert, Todd W. Blischke, and Meredith E. Dishaw, and

7   the law firm of Williams, Kastner & Gibbs PLLC, shall withdraw as attorneys for Defendants

8   Seattle Tunnel Partners; Chris Dixon; and Russell Streadbeck, and they shall no longer represent

9   or have any responsibility to represent the above-named Defendants in this matter.

10      Counsel respectfully requests that all future notices, papers, pleadings, and other

11   materials be served upon Patricia A. Eakes and Nathan Bays at the address below stated.

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25

STIPULATION AND ORDER FOR
SUBSTITUTION AND WITHDRAWAL OF
COUNSEL (NO. 2:17-cv-00186-TSZ) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TE, (206) 407-2200   FAX (206) 407-2224

1   DATED this 16th day of March, 2017.

2                                        CALFO EAKES & OSTROVSKY PLLC

3                                        By     s/ Patricia A. Eakes
                                              Patricia A. Eakes, WSBA# 18888
4                                             Nathan Bays, WSBA #43025
5                                             1301 Second Avenue, Suite 2800
                                              Seattle, WA  98101
6                                             Phone:  (206) 407-2200
                                              Fax:  (206) 407-2224
7                                             Email:  pattye@calfoeakes.com
                                                      nathanb@calfoeakes.com
8
9                                        Substituting attorneys for Defendants Seattle Tunnel
                                         Partners, Chris Dixon, and Russell Streadbeck
10
                                         By     s/ Todd W. Blischke
11                                            Sheryl J. Willert, WSBA# 8617
                                              Todd W. Blischke, WSBA # 42474
12                                            Meredith E. Dishaw, WSBA # 43206
                                              Two Union Square
13                                            601 Union Street, Suite 4100
                                              Phone:  (206) 628-6600
14                                            Fax:  (206) 628-6611
15                                            Email:  swillert@williamskastner.com
                                                      tblishchke@williamskastner.com
16                                                    mdishaw@williamskastner.com

17                                       Withdrawing attorneys for Defendants Seattle Tunnel
                                         Partners, Chris Dixon, and Russell Streadbeck
18
                                         By     s/ Beverly Grant
19                                            Beverly Grant, WSBA # 8034
                                              3929 Bridgeport Way W. Ste. 208
20                                            University Place, WA  98464
                                              Phone: (253)252-5454
21                                            Fax: (253) 503-7509
                                              Email:  beverly@bevgrantlaw.com
22
23                                       Attorneys for Plaintiff Elton Mason

24

25

STIPULATION AND ORDER FOR
SUBSTITUTION AND WITHDRAWAL OF
COUNSEL (NO. 2:17-cv-00186-TSZ) - 3

1

## ORDER

2      Pursuant to the parties' stipulation, IT IS NOW, THEREFORE, ORDERED that Sheryl

3   D.J. Willert, Todd W. Blischke, Meredith E. Dishaw, and the law firm of Williams Kastner &

4   Gibbs, PLLC, are permitted to withdraw as attorneys of record for defendants Seattle Tunnel

5   Partners, Chris Dixon, and Russell Streadbeck;

6      IT IS FURTHER ORDERED that Patricia A. Eakes, Nathan Bays, and the law firm of

7   Calfo Eakes & Ostrovsky, PLLC are hereby substituted as counsel for defendants Seattle Tunnel

8   Partners, Chris Dixon, and Russell Streadbeck.

9      DATED this 23rd day of March, 2017.

10

11   _____
     Thomas S. Zilly
12   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER FOR
SUBSTITUTION AND WITHDRAWAL OF
COUNSEL (NO. 2:17-cv-00186-TSZ) - 4