|  |  |
|---|---|
| | The Honorable Thomas S. Zilly |

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ELTON MASON, an individual, dba WASHINGTON STATE TRUCKING, a sole proprietorship<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE, a state governmental entity, WASHINGTON STATE DEPART-MENT of TRANSPORTATION, a political subdivision governmental entity; LYNN PETERSON, in her official and individual capacities, LINEA LAIRD, in her official and individual capacities, OFFICE OF MINORITY WOMEN BUSINESS ENTERPRISES, a subdivision governmental entity, SEATTLE TUNNEL PARTNERS, a Joint Venture Dragados, U.S.A., Tutor Perini Corporation, CHRIS DIXON, in his official and individual capacities, RUSSELL STREADBECK in his official and individual capacities.<br><br>Defendants. | No. 2:17-cv-00186-TSZ<br><br>**JOINT STIPULATION AND ORDER TO ALLOW PLAINTIFF ADDITIONAL TIME TO FILE THEIR AMENDED COMPLAINT** |

    IT IS HEREBY STIPULATED by and between Beverly Grant and Elizabeth Lunde, counsel for Plaintiff herein, and Robert W. Ferguson, Attorney General, Celeste Stokes, counsel for the state

BEVERLY GRANT LAW FIRM, P.S
3929 Bridgeport Way W., Ste. 208
University Place, WA. 98464
235-252-5454

Defendants, Nathan Bays and Patty Eakes, counsel for Seattle Tunnel Partners, a Joint Venture, Chris Dixon, and Russel Streadbeck, that, subject to Court approval, Plaintiff be allowed an extension of time to file their Amended Complaint for the above-titled matter for the following reasons:

On June 13, 2017, the Court dismissed Plaintiff's initial complaint. At that time, the Court set a deadline of July 13, 2017 for filing an amended complaint. On June 29, 2017, Ms. Grant had an unexpected and emergent surgery for a broken femur and knee and is still recovering. In light of her medical condition, Plaintiff seeks to extend the deadline for filing an amended complaint to July 24, 2017. Opposing counsel has no objection to the extension and has stipulated to the request.

For the above reasons, and subject to Court approval, the parties hereby agree and stipulate that the deadline for Plaintiff to file an amended complaint shall be extended to July 24, 2017.

DATED this __10__ th day of July, 2017,

**BEVERLY GRANT LAW FIRM, P.S.**

_____
Beverly Grant, WSBA No. 8034
Elizabeth Lunde, WSBA No. 51565
Attorneys for Plaintiffs


**ROBERT W. FERGUSON**
Attorney General

_____
Celeste T. Stokes, ESBA No. 12180
Attorneys for Defendants

Dated __7/10/17__

**CALFO EAKES & OSTROVSKY PLLC,**

_____/s/ Nathan Bays_____
Patricia A. Eakes, WSBA No.18888
Nathan Bays, WSBA No. 43025
Attorneys for Defendants

Dated __authorization for signature given 7/7/17 to atty EL__

## ORDER

IT IS HEREBY ORDERED that Plaintiff shall file the Amended Complaint on or before July 24, 2017.

DATED this 12th day of July, 2017.

*[signature]*
Thomas S. Zilly
United States District Judge

Presented by:

**BEVERLY GRANT LAW FIRM, P.S.**

*[signature]*
Beverly Grant, WSBA No. 8034
Elizabeth Lunde, WSBA No. 51565
Attorneys for Plaintiffs

Approved as to form and notice of presentation waived:

| ROBERT W. FERGUSON, Attorney General | **CALFO EAKES & OSTROVSKY PLLC** |
|---|---|
| *[signature]* Celeste T. Stokes, ESBA No. 12180 Attorneys for Defendants | /s/ Nathan Bays   authorization for signature given 7/7/17 to atty EL<br>Patricia A. Eakes, WSBA No.18888<br>Nathan Bays, WSBA No. 43025<br>Attorneys for Defendants |