UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELTON MASON, an individual, dba WASHINGTON STATE TRUCKING, a sole proprietorship,

Plaintiff,

v.

WASHINGTON STATE, et al.,

Defendants.

C17-186 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 38, the deadline for all defendants to respond to the Amended Complaint is hereby EXTENDED from August 7, 2017, to August 21, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1