THE HONORABLE MARSHA J. PECHMAN

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

| | |
|---|---|
| ELTON MASON, an individual, dba WASHINGTON STATE TRUCKING, a sole proprietorship,<br><br>       Plaintiffs,<br><br>   vs.<br><br>WASHINGTON STATE, a state governmental entity, WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, a political subdivision governmental entity, OFFICE OF MINORITY WOMEN BUSINESS ENTERPRISES, a subdivision governmental entity, SEATTLE TUNNEL PARTNERS, a Joint Venture Dragados, USA, and Tutor Perini Corporation,<br><br>      Defendants. | Case No.  2:17-cv-00186-MJP<br><br>JOINT STIPULATION AND ███████ ORDER EXTENDING DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURES AND FILING OF JOINT STATUS REPORT |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ███████ ORDER
EXTENDING DEADLINE FOR EXCHANGE OF
INITIAL DISCLOSURES AND FILING OF JOINT
STATUS REPORT – CASE NO. 17-186-MJP - 1

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

## STIPULATION

IT IS HEREBY STIPULATED by and between all counsel that, subject to Court approval, the deadline for the parties to file a combined joint status report and exchange initial disclosures shall be extended from October 15, 2017, to November 17, 2017.

All Defendants in this action have moved to dismiss the Plaintiff's First Amended Complaint in full. The parties have completed briefing the matter, and the motions to dismiss are currently pending before the Court. The Court's ruling on these motions could affect the scope of the litigation, including whether the case proceeds; what information will be relevant in exchanging initial disclosures; and what the parties will need to focus on in drafting the combined joint status report. Subject to Court approval, therefore, the parties have stipulated to an extension of that deadline by approximately 30 days. There is good cause for the stipulation, as the Court's ruling on the currently pending motions may resolve the litigation or narrow the scope of relevant information. If the Court approves the parties' stipulation, the deadline for the parties to exchange initial disclosures and file a combined joint status report shall be November 17, 2017.

For the above reasons, and subject to Court approval, the parties hereby agree and stipulate that the deadline for the filing of a combined joint status report and exchange of initial disclosures shall be extended to November 17, 2017.

IT IS SO STIPULATED.

DATED this 5th day of October, 2017.

//

//

//

STIPULATION AND ███████ ORDER
EXTENDING DEADLINE FOR EXCHANGE OF
INITIAL DISCLOSURES AND FILING OF JOINT
STATUS REPORT – CASE NO. 17-186-MJP - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL. (206) 407-2200   FAX. (206) 407-2224

CALFO EAKES & OSTROVSKY PLLC

By___ *s/ Patricia A. Eakes*_____
    Patricia A. Eakes, WSBA# 18888
    Nathan Bays, WSBA #43025
    Lindsey Mundt, WSBA #49394
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone: (206) 407-2200
    Fax: (206) 407-2224
    Email:  pattye@calfoeakes.com
           nathanb@calfoeakes.com
           lindseym@calfoeakes.com
*Attorneys for Defendants, Seattle Tunnel Partners, a Joint Venture, Dragados USA, Inc., Tutor Perini Corporation, Chris Dixon, and Russell Streadbeck*

ROBERT W. FERGUSON,
Attorney General

By _____ *s/ Celeste Stokes*_____
    Robert W. Ferguson, Attorney General
    Celeste Stokes, WSBA #12180, OID # 91019
    Assistant Attorney General
    800 Fifth Avenue, Suite 2000
    Seattle, WA 98104
    Telephone: (206) 464-7352
    Fax: (206) 587-4229
    Email:  CelesteS@atg.wa.gov
*Attorneys for Defendants The State of Washington, Washington State Department of Transportation, Office of Minority & Women's Business Enterprises, and Lynne Peterson*

BEVERLY GRANT LAW FIRM, P.S.

By _____ *s/ Beverly Grant*_____
    Beverly Grant, WSBA # 8034
    Elizabeth Lunde, WSBA # 51565
    Beverly Grant Law Firm, P.S.
    3929 Bridgeport Way W. Ste. 208
    University Place, WA 98464
    Phone: (253) 252-5454
    Email: beverly@bevgrantlaw.com
*Attorneys for Plaintiff Elton Mason*

STIPULATION AND ██████████ ORDER
EXTENDING DEADLINE FOR EXCHANGE OF
INITIAL DISCLOSURES AND FILING OF JOINT
STATUS REPORT – CASE NO. 17-186-MJP - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

1

## ORDER

2       THIS MATTER having come before Court upon stipulation of counsel, and the Court having

3  examined the records and being fully advised in the matter, now, therefore,

4       IT IS HEREBY ORDERED that the deadline for the parties to exchange initial disclosures and file

5  a combined joint status report shall be extended to November 17, 2017.

6       DATED this __6th__ day of October, 2017.

7

8

9       THE HONORABLE MARSHA J. PECHMAN
        UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ▬▬▬▬▬ ORDER
EXTENDING DEADLINE FOR EXCHANGE OF
INITIAL DISCLOSURES AND FILING OF JOINT
STATUS REPORT – CASE NO. 17-186-MJP - 4

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

DATED this 5th day of October, 2017.

_s/Erica Knerr_
Erica Knerr

STIPULATION AND ▮▮▮▮▮ ORDER
EXTENDING DEADLINE FOR EXCHANGE OF
INITIAL DISCLOSURES AND FILING OF JOINT
STATUS REPORT – CASE NO. 17-186-MJP - 5

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224