IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELTON MASON, an individual, dba WASHINGTON STATE TRUCKING, a sole proprietorship,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON STATE, a state governmental entity, WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, a political subdivision governmental entity, OFFICE OF MINORITY WOMEN BUSINESS ENTERPRISES, a subdivision governmental entity, SEATTLE TUNNEL PARTNERS, a Joint Venture Dragados, USA, and Tutor Perini Corporation,<br><br>Defendants. | Case No. 2:17-cv-00186-MJP<br><br>JOINT STIPULATION AND ORDER EXTENDING DEADLINES |

## STIPULATION

IT IS HEREBY STIPULATED by and between all counsel that, subject to Court approval, the following deadlines are extended as set forth below:

<u>Defendants' deadline to respond to the Amended Complaint</u>:  January 5, 2018

<u>FRCP 26(f) discovery conference</u>:  January 19, 2018

<u>Exchange of initial disclosures by and between counsel</u>:  January 26, 2018

<u>Filing of combined joint status report</u>:  January 26, 2018

The Court recently issued a ruling on Defendants' motions to dismiss Plaintiff's Amended Complaint. In its ruling, the Court granted the motions in part and denied them in part, allowing Plaintiffs' Title VI and state law retaliation claims against the STP Defendants to proceed, while dismissing the remainder of Plaintiffs' claims with prejudice. Counsel for all parties are now diligently working to prepare and exchange initial disclosures and draft a combined joint status report for the Court's review. Lead counsel for both parties, however, have been in trial, and the deadlines are currently set for the upcoming week. Ms. Eakes, lead counsel for the STP Defendants, is currently still in a lengthy, multi-week federal criminal trial in Tacoma that is expected to last into next week; similarly, Ms. Grant, lead counsel for Mr. Mason, recently concluded a trial. In addition, the parties are dealing with general unavailability over the holidays. Subject to Court approval, therefore, the parties have stipulated to a brief extension of the immediately approaching deadlines to allow counsel sufficient time to address and discuss all relevant discovery issues through conference, communication, and the drafting of a joint status report.

There is good cause for the parties' stipulation, as the Court's ruling on the motions to dismiss altered the scope of the litigation, and lead counsel have been engaged in lengthy trials. The parties do not anticipate the need for any further extensions of these deadlines, and they will be prepared to proceed with the case pursuant to the schedule set forth above.

| | |
|---|---|
| 1 | |
| 2 |       For the above reasons, and subject to Court approval, the parties hereby agree and stipulate to |
| 3 | the proposed extension of deadlines. |
| 4 |       IT IS SO STIPULATED. |
| 5 |       DATED this 15th day of December, 2017. |

                                           CALFO EAKES & OSTROVSKY PLLC

                                           By     *s/ Patricia A. Eakes*
                                               Patricia A. Eakes, WSBA# 18888
                                               Nathan Bays, WSBA #43025
                                               Lindsey Mundt, WSBA #49394
                                               1301 Second Avenue, Suite 2800
                                               Seattle, WA 98101
                                               Phone: (206) 407-2200
                                               Fax: (206) 407-2224
                                               Email: pattye@calfoeakes.com
                                                                nathanb@calfoeakes.com
                                                                lindseym@calfoeakes.com

*Attorneys for Defendants, Seattle Tunnel Partners, a Joint Venture, Dragados USA, Inc., Tutor Perini Corporation, Chris Dixon, and Russell Streadbeck*


                                           BEVERLY GRANT LAW FIRM, P.S.


                                           By      *s/ Beverly Grant*
                                               Beverly Grant, WSBA # 8034
                                             Elizabeth Lunde, WSBA # 51565
                                             Beverly Grant Law Firm, P.S.
                                             3929 Bridgeport Way W. Ste. 208
                                             University Place, WA 98464
                                             Phone: (253) 252-5454
                                             Email: beverly@bevgrantlaw.com

*Attorneys for Plaintiff Elton Mason*

# **ORDER**

THIS MATTER having come before Court upon stipulation of counsel, and the Court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that the following deadlines are extended as set forth below:

<u>Defendants' deadline to respond to the Amended Complaint</u>: January 5, 2018

<u>FRCP 26(f) discovery conference</u>: January 19, 2018

<u>Exchange of initial disclosures by and between counsel</u>: January 26, 2018

<u>Filing of combined joint status report</u>: January 26, 2018

The Court does not anticipate any further extension of the above deadlines.

DATED this __19th__ day of December, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

DATED this 15th day of December, 2017.

*s/Erica Knerr*<br>Erica Knerr