THE HONORABLE MARSHA PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELTON MASON, an individual, dba WASHINGTON STATE TRUCKING, a sole proprietorship,<br><br>Plaintiffs,<br><br>vs.<br><br>SEATTLE TUNNEL PARTNERS, a Joint Venture Dragados, USA, and Tutor Perini Corporation,<br><br>Defendants. | Case No. 2:17-cv-00186-MJP<br><br>JOINT STIPULATION AND ▬▬▬▬ ORDER EXTENDING DEADLINE FOR EXCHANGING EXPERT REPORTS |

STIPULATION AND ▬▬▬▬ ORDER EXTENDING DEADLINE FOR EXCHANGING EXPERT REPORTS - 1

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200  FAX, (206) 407-2224

## STIPULATION

IT IS HEREBY STIPULATED by and between all counsel that, subject to Court approval, the deadline for the parties to exchange expert reports shall be extended from September 10, 2018, to October 5, 2018.

Pursuant to this Court's Order Setting Trial Dates and Related Dates (Dkt. No. 61), the current deadline for the parties to exchange expert witness disclosures and reports pursuant to FRCP 26(a)(2) is September 10, 2018. Subject to Court approval, the parties have stipulated to an extension of that deadline to October 5, 2018. At this time, the parties do not foresee the stipulated extension causing delay to any other currently set deadlines. If the Court approves the parties' stipulation, the parties will exchange expert reports on or before October 5, 2018.

For the above reasons, and subject to Court approval, the parties hereby agree and stipulate that the deadline for the parties to exchange expert reports shall be extended to October 5, 2018.

IT IS SO STIPULATED.

DATED this 6th day of September 2018,

CALFO EAKES & OSTROVSKY PLLC

By     s/ Patricia A. Eakes
    Patricia A. Eakes, WSBA# 18888
    Nathan Bays, WSBA #43025
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone: (206) 407-2200
    Fax: (206) 407-2224
    Email: pattye@calfoeakes.com
           nathanb@calfoeakes.com

*Attorneys for Defendants Seattle Tunnel Partners, a Joint Venture, Dragados USA, Tutor Perini Corporation*

STIPULATION AND [redacted] ORDER
EXTENDING DEADLINE FOR EXCHANGING
EXPERT REPORTS - 2

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

1  BEVERLY GRANT LAW FIRM, P.S.

2  By: /S/ Elizabeth Lunde
3  Beverly Grant, WSBA # 8034
   Elizabeth Lunde, WSBA # 51565
4  Beverly Grant Law Firm, P.S.
   3929 Bridgeport Way W. Ste. 208
5  University Place, WA 98464
   Phone: (253) 252-5454
6  Email: beverly@bevgrantlaw.com

7

8  *Attorneys for Plaintiff Elton Mason*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ▓▓▓▓▓▓ ORDER
EXTENDING DEADLINE FOR EXCHANGING
EXPERT REPORTS - 3

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

## ORDER

THIS MATTER having come before the Court upon stipulation of counsel, and the Court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that the deadline for exchanging expert reports shall be extended from September 10, 2018 to October 5, 2018.

DATED this 10th day of September 2018.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

*Presented by*:

CALFO EAKES & OSTROVSKY PLLC

By    s/ Patricia A. Eakes
Patricia A. Eakes, WSBA# 18888
Nathan Bays, WSBA #43025
*Attorneys for Defendants Seattle Tunnel Partners, a Joint Venture, Dragados USA, Tutor Perini Corporation*

and

BEVERLY GRANT LAW FIRM, P.S.

By: /S/ Elizabeth Lunde
   Beverly Grant, WSBA # 8034
   Elizabeth Lunde, WSBA # 51565
   Beverly Grant Law Firm, P.S.
   *Attorneys for Plaintiff Elton Mason*

STIPULATION AND [ ] ORDER
EXTENDING DEADLINE FOR EXCHANGING
EXPERT REPORTS - 4

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 6th day of September, 2018.

By: *s/George Barrington*
George Barrington

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR EXCHANGING
EXPERT REPORTS - 5

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224