THE HONORABLE MARSHA PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELTON MASON, an individual, dba WASHINGTON STATE TRUCKING, a sole proprietorship,<br><br>Plaintiffs,<br><br>vs.<br><br>SEATTLE TUNNEL PARTNERS, a Joint Venture Dragados, USA, and Tutor Perini Corporation,<br><br>Defendants. | Case No. 2:17-cv-00186-MJP<br><br>JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR EXCHANGING EXPERT REPORTS |

## **STIPULATION**

Plaintiff has requested an extension to the expert deadline of one week, from October 5, 2018 to October 12, 2018. The STP Defendants do not have any objection to the requested extension.

Accordingly, IT IS HEREBY STIPULATED by and between all counsel that, subject to Court approval, the deadline for the parties to exchange expert reports shall be extended from October 5, 2018, to October 12, 2018.

Pursuant to this Court's Order Setting Trial Dates and Related Dates (Dkt. No. 61) and the parties' prior stipulation (Dkt No. 75), the current deadline for the parties to exchange expert witness disclosures and reports pursuant to FRCP 26(a)(2) is October 5, 2018. Subject to Court approval, the parties have stipulated to an extension of that deadline to October 12, 2018. At this time, the parties do not foresee the stipulated extension causing delay to any other currently set deadlines. If the Court approves the parties' stipulation, the parties will exchange expert reports on or before October 12, 2018. The parties will not stipulate to any further extensions of this deadline.

For the above reasons, and subject to Court approval, the parties hereby agree and stipulate that the deadline for the parties to exchange expert reports shall be extended to October 12, 2018.

IT IS SO STIPULATED.

DATED this 4th day of October 2018,

CALFO EAKES & OSTROVSKY PLLC

By       s/ *Patricia A. Eakes*
    Patricia A. Eakes, WSBA# 18888
    Nathan Bays, WSBA #43025
    Lindsey Mundt, WSBA #49394
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone: (206) 407-2200
    Fax: (206) 407-2224
    Email:  pattye@calfoeakes.com

| | |
|---|---|
| 1 | nathanb@calfoeakes.com |
| | lindseym@calfoeakes.com |
| 2 | |
| | *Attorneys for Defendants Seattle Tunnel Partners, a Joint Venture, Dragados USA, Tutor Perini Corporation* |
| 3 | |
| 4 | |
| 5 | BEVERLY GRANT LAW FIRM, P.S. |
| 6 | |
| 7 | By: /S/ Elizabeth Lunde |
| | Beverly Grant, WSBA # 8034 |
| 8 | Elizabeth Lunde, WSBA # 51565 |
| | Beverly Grant Law Firm, P.S. |
| 9 | 3929 Bridgeport Way W. Ste. 208 |
| | University Place, WA 98464 |
| 10 | Phone: (253) 252-5454 |
| | Email: beverly@bevgrantlaw.com |
| 11 | *Attorneys for Plaintiff Elton Mason* |

STIPULATION AND ORDER EXTENDING
DEADLINE FOR EXCHANGING EXPERT
REPORTS - 3

**ORDER**

THIS MATTER having come before the Court upon stipulation of counsel, and the Court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that the deadline for exchanging expert reports shall be extended from October 5, 2018, to October 12, 2018.

DATED this __5th__ day of October, 2018.

*/s/ Marsha J. Pechman*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

*Presented by*:

CALFO EAKES & OSTROVSKY PLLC

By __s/ Patricia A. Eakes__
   Patricia A. Eakes, WSBA# 18888
   Nathan Bays, WSBA #43025
   *Attorneys for Defendants Seattle Tunnel Partners, a Joint Venture, Dragados USA, Tutor Perini Corporation*

and

BEVERLY GRANT LAW FIRM, P.S.

By: __/S/ Elizabeth Lunde__
   Beverly Grant, WSBA # 8034
   Elizabeth Lunde, WSBA # 51565
   Beverly Grant Law Firm, P.S.
   *Attorneys for Plaintiff Elton Mason*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 4th day of October, 2018.

By: *s/Erica Knerr*
Erica Knerr