UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELTON MASON, | CASE NO. C17-186 MJP |
| Plaintiff, | ORDER ON MOTION FOR FEES AND COSTS |
| v. | |
| SEATTLE TUNNEL PARTNERS, et al., | |
| Defendants. | |

The above-entitled Court, having received and reviewed Defendants' Motion for Fees and Costs Pursuant to the Court's September 6 Order (Dkt. No. 76), Plaintiff's Response (Dkt. No. 78), Defendants' Reply (Dkt. No. 83), all attached exhibits and declarations, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is GRANTED.

Pursuant to FRCP 37(a)(5), the Court previously awarded the STP Defendants their reasonable costs and fees incurred in bringing a motion to compel. (*See* Dkt. Nos. 63, 73.) At that time, the Court directed the STP Defendants to file a motion for an award of

reasonable fees and costs.  (Dkt. No. 73.)  The Court has now reviewed the STP Defendants'
motion plus the responsive briefing, and has applied the lodestar method to determine the
reasonableness of their fee request.

The STP Defendants have requested $13,750 in legal fees and have supported their
request with invoices and a declaration from their lead counsel explaining the work they
performed, their relative experience, their hourly rate in this matter, and the basis for their
request.  Having reviewed the relevant materials, and applying the lodestar analysis, the
Court expressly finds that the hourly rates charged by the STP Defendants' counsel and the
hours expended by counsel are both reasonable and support an award of the requested fees.
The Court expressly does not find the presence of any other factors that would support and
upward or downward adjustment to the requested amount.

Accordingly, IT IS HEREBY ORDERED that, within 14 days of the date of this
Order, Plaintiff shall pay to the STP Defendants the amount of $13,750 in connection with
their fee award.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 10, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge