THE HONORABLE MARSHA PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELTON MASON, an individual, dba WASHINGTON STATE TRUCKING, a sole proprietorship,<br><br>Plaintiffs,<br><br>vs.<br><br>SEATTLE TUNNEL PARTNERS, a Joint Venture Dragados, USA, and Tutor Perini Corporation,<br><br>Defendants. | Case No. 2:17-cv-00186-MJP<br><br>JOINT STIPULATION AND ORDER AMENDING DISPOSITIVE MOTION BRIEFING SCHEDULE |

## **STIPULATION**

The parties have conferred regarding the dispositive motion judgment briefing schedule and have agreed, subject to Court approval, to amend the deadlines to account for the upcoming holiday schedule and counsel's anticipated unavailability.

Pursuant to this Court's Order Setting Trial Dates and Related Dates (Dkt. No. 61) and CR 7(d), the current briefing schedule for dispositive motions is as follows:

- All dispositive motions must be filed by December 10, 2018.
- Opposition briefs must be filed by December 31, 2018.
- Reply briefs must be filed by January 4, 2019.

Subject to Court approval, the parties have agreed to amend the above deadlines. Accordingly, the parties hereby stipulate and agree to the following amended briefing schedule for dispositive motions:

- All dispositive motions must be filed by December 13, 2018.
- Opposition briefs must be filed by January 8, 2019.
- Reply briefs must be filed by January 18, 2019.

At this time, the parties do not foresee the stipulated extension causing delay to any other currently set deadlines. For the above reasons, and subject to Court approval, the parties hereby agree and stipulate to the foregoing amended briefing schedule.

//

//

//

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED this 29th day of November, 2018, |

CALFO EAKES & OSTROVSKY PLLC

By   *s/ Patricia A. Eakes*
    Patricia A. Eakes, WSBA# 18888
    Nathan Bays, WSBA #43025
    Lindsey Mundt, WSBA #49394
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Phone: (206) 407-2200
    Fax: (206) 407-2224
    Email: pattye@calfoeakes.com
           nathanb@calfoeakes.com
           lindseym@calfoeakes.com

*Attorneys for Defendants Seattle Tunnel Partners, a Joint Venture, Dragados USA, Tutor Perini Corporation*


BEVERLY GRANT LAW FIRM, P.S.

By: */S/ Jeffery D. Bradley*
    Beverly Grant, WSBA # 8034
    Jeffery Bradley, WSBA #27726
    Beverly Grant Law Firm, P.S.
    3929 Bridgeport Way W. Ste. 208
    University Place, WA 98464
    Phone: (253) 252-5454
    Email: beverly@bevgrantlaw.com
           elizabethlunde@bevgrantlaw.com
           jefferybradley@bevgrantlaw.com

*Attorneys for Plaintiff Elton Mason*

# **ORDER**

THIS MATTER having come before the Court upon stipulation of counsel, and the Court having examined the records and being fully advised in the matter, now, therefore, IT IS HEREBY ORDERED that the briefing schedule for filing dispositive motions is amended as follows:

- All dispositive motions must be filed by December 13, 2018.
- Opposition briefs must be filed by January 8, 2019.
- Reply briefs must be filed by January 18, 2019.

All dispositive motions must be noted for hearing no later than January 18, 2019.

DATED this __4th__ day of _December_, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

*Presented by*:

CALFO EAKES & OSTROVSKY PLLC

By___s/ Patricia A. Eakes_____
   Patricia A. Eakes, WSBA# 18888
   Nathan Bays, WSBA #43025
   Lindsey Mundt, WSBA #49394
   *Attorneys for Defendants Seattle Tunnel Partners, a Joint Venture, Dragados USA, Tutor Perini Corporation*

*And*

BEVERLY GRANT LAW FIRM, P.S.

By: */S/ Jeffery D. Bradley*
   Beverly Grant, WSBA # 8034
   Jeffery Bradley, WSBA #27726
   Beverly Grant Law Firm, P.S.
   *Attorneys for Plaintiff Elton Mason*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 29th day of November, 2018.

By: *s/Erica Knerr*
     Erica Knerr