THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELTON MASON, an individual, dba WASHINGTON STATE TRUCKING, a sole proprietorship,<br><br>Plaintiffs,<br><br>vs.<br><br>SEATTLE TUNNEL PARTNERS, a Joint Venture, Dragados, USA, and Tutor Perini Corporation,<br><br>Defendants. | Case No. 2:17-cv-00186-MJP<br><br>[====] ORDER GRANTING DEFENDANTS' MOTION FOR AWARD OF FEES AND COSTS<br><br>**NOTED FOR HEARING:** DECEMBER 7, 2018 |

[====] ORDER GRANTING DEFENDANTS'
MOTION FOR AWARD OF FEES AND COSTS
Case No. 2:17-cv-00186-MJP

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

ORDER

The Court has now considered the following materials regarding Defendants Seattle Tunnel Partners, a Joint Venture, Dragados USA, Inc., and Tutor Perini Corporation's ("the STP Defendants") Motion for Award of Fees and Costs:

- The STP Defendants' Motion for Award of Fees and Costs, as well as the supporting declaration and all attached exhibits;
- Plaintiff's opposition to the motion, if any, as well as any supporting declaration and attached exhibits;
- The STP Defendants' Reply Brief, if any, including any supporting declaration and attached exhibits; and
- All other pleadings and orders on file in this case.

Having thoroughly reviewed these materials and considered the arguments of both parties, the Court is now prepared to rule as follows: IT IS HEREBY ORDERED that the STP Defendants' Motion is GRANTED.

Pursuant to FRCP 37(a)(5), the Court previously awarded the STP Defendants their reasonable costs and fees incurred <u>during</u> the meet and confer. *See* Dkt. Nos. 95, 98. The Court directed the STP Defendants to file a motion for an award of reasonable fees and costs. Dkt. No. 98.

The STP Defendants have requested $2,700 in legal fees for only their time expended during the meet and confer, and they have supported their request with billing records and a declaration from their lead counsel. Having reviewed the relevant materials, the Court expressly finds that the hourly rates charged by the STP Defendants' counsel and the hours expended by counsel are both reasonable and support an award of the requested fees.

//

//

ORDER GRANTING DEFENDANTS' MOTION FOR AWARD OF FEES AND COSTS - 1
Case No. 2:17-cv-00186-MJP

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

Accordingly, IT IS HEREBY ORDERED that, within 14 days of the date of this Order, Plaintiff shall pay to the STP Defendants the amount of $2,700 in connection with their fee award.

DATED this 6th day of December, 2018.

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

**CALFO EAKES & OSTROVSKY PLLC**

By    *s/ Patricia A. Eakes*
       Patricia A. Eakes, WSBA# 18888

By    *s/ Nathan Bays*
       Nathan Bays, WSBA #43025

By    *s/ Lindsey Mundt*
       Lindsey Mundt, WSBA #49394

1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email:  pattye@calfoeakes.com
        nathanb@calfoeakes.com
        lindseym@calfoeakes.com

*Attorneys for Defendants, Seattle Tunnel Partners, a Joint Venture, Dragados USA and Tutor Perini Corporation*

ORDER GRANTING DEFENDANTS'
MOTION FOR AWARD OF FEES AND COSTS - 2
Case No. 2:17-cv-00186-MJP

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 19th day of November, 2018.

*s/George Barrington*
George Barrington
Legal Assistant

ORDER GRANTING DEFENDANTS'
MOTION FOR AWARD OF FEES AND COSTS - 3
Case No. 2:17-cv-00186-MJP

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224